# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**FILED**
99 MAR -3 AM 10: 46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**ENTERED**
MAR 0 3 1999

DAVID GRAY, etc.,  )
  )
    Plaintiffs  )
  )
vs.  )  CASE NO. CV99-HGD-0326-S
  )
POWERTEL CORPORATION,  )
  )
    Defendant  )

## ORDER

Defendant, Powertel Corporation, has filed a Motion to Stay Proceedings and to Compel Arbitration [Doc. #3]. It is ORDERED that plaintiff shall have until March 23, 1999, to file opposition to the motion. It is further ORDERED that defendant shall have until March 31, 1999, to file a reply.

DONE this 2nd day of March, 1999.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE

4.